FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JAN 10 2008

D. MARK JONES, CLERK

BY ______
DEPUTY CLERK

BRETT L. TOLMAN, United States Attorney, (#8821)
BRETT R. PARKINSON, Assistant United States Attorney, (#10310)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: 801-524-5682
Facsimile: 801-524-4475
brett.parkinson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE HERNAN MORENO-SEVILLA, and ALEJANDRO MIGUEL MEZA-DOMINGUEZ,<br><br>Defendant. | **INDICTMENT**<br><br>VIO. 8 U.S.C. §§ 1324(a)(2), (a)(2)(B)(ii) (Bringing in Illegal Aliens); and<br><br>8 U.S.C. § 1324(a)(1)(A)(iv), (v)(II) (Encouraging or Inducing Illegal Aliens to Come to, Enter, or Reside in the United States; Aiding and Abetting).<br><br>Case: 2:08-cr-00019<br>Assigned To : Benson, Dee<br>Assign. Date : 01/09/2008<br>Description: USA v. |

///

///

///

The United States Attorney charges:

**COUNTS 1-3**
**8 U.S.C. § 1324(a)(2)**
**Bringing in Illegal Aliens**

In or about July 2005, within the Central Division of the District of Utah and elsewhere,

JOSE HERNAN MORENO-SEVILLA,

Defendant herein, knowing and in reckless disregard of the fact that the aliens listed below had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain.

| Count | Alien Brought in by Defendant |
|---|---|
| 1 | MAS-L |
| 2 | AMS-L |
| 3 | FHS -L |

All in violation of 8 U.S.C. § 1324(a)(2), and punishable by 8 U.S.C. § 1324(a)(2)(B)(ii).

**COUNTS 4-6**
**8 U.S.C. § 1324(a)(1)(A)(iv), (v)(II)**
**Encouraging or Inducing Illegal Aliens to Come to, Enter, or Reside in the United States; Aiding and Abetting**

On or about the dates set forth below, in the Central Division of the District of Utah

and elsewhere,

JOSE HERNAN MORENO-SEVILLA, and
ALEJANDRO MIGUEL MEZA-DOMINGUEZ,

Defendants herein, did encourage and induce the aliens listed below, who are not citizens or nationals of the United States, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence in the United States was and would be in violation of law, for the purpose of commercial advantage and private financial gain, and did aid and abet therein.

| **Count** | **Date (On or about)** | **Alien** | **Defendant(s)** |
|---|---|---|---|
| 4 | From in or about July 2005, through January 2007 | MAS-L | JOSE HERNAN MORENO-SEVILLA |
| 5 | From in or about July 2005, through December 18, 2007 | ~~AMS~~-L | JOSE HERNAN MORENO-SEVILLA, and ALEJANDRO MIGUEL MEZA-DOMINGUEZ |
| 6 | From in or about July 2005, through December 18, 2007 | FHS -L | JOSE HERNAN MORENO-SEVILLA, and ALEJANDRO MIGUEL MEZA-DOMINGUEZ |

///

///

///

///

All in violation of 8 U.S.C. §1324(a)(1)(A)(iv) & (a)(1)(A)(v)(II), and punishable by 8 U.S.C. §1324(a)(1)(B)(i).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
UNITED STATES ATTORNEY

BRETT R. PARKINSON
Assistant United States Attorneys